# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ELMER RODAS and**
**NILSHALIE SANTOS**                                  Case No.  1:18-cv-00407-RJJ-RSK
    Plaintiffs,                                            Hon. Robert J. Jonker

vs.

**MARTIN PAINTING AND MAINTENANCE,**
**CO., INC., JOHN DOE 1, a.k.a MARTIN, and**
**JOHN DOE 2, a.k.a TONY**
    Defendants.
_____/
**AVANTI LAW GROUP, PLLC**
Robert Anthony Alvarez (P66954)
Agustin Henriquez (P79589)
Attorneys for Plaintiff
600 28th St. SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com
_____/

## PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT

    Plaintiffs, Elmer Rodas and Nilshalie Santos, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 4(m), hereby move this Court for the entry of an Order extending the time for service of the complaint of Defendants John Doe 1, a.k.a Martin, and John Doe 2, a.k.a Tony. Plaintiffs' reasoning for extension is included in the attached brief in support.

    WHEREFORE, Plaintiffs request that the Court enter an Order extending the deadline to serve process upon the Defendant or a second summons be issued before the first summons expires, and grant such other relief as the Court deems just and proper.

                                                              Respectfully Submitted,

Dated: July 10, 2018             <u>/s/   *Robert Anthony Alvarez*            </u>.
Robert Anthony Alvarez (P66954)
Attorney for Plaintiffs
Avanti Law Group. PLLC
600 28th Street SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com