# Exhibit A



## Corporations Online Filing System
Department of Licensing and Regulatory Affairs

**ID Number: 800502063**          Request certificate    New search

**Summary for: MARTIN PAINTING & MAINTENANCE CO., INC.**

The name of the **DOMESTIC PROFIT CORPORATION:** MARTIN PAINTING & MAINTENANCE CO., INC.

**Entity type:** DOMESTIC PROFIT CORPORATION

**Identification Number:** 800502063 **Old ID Number:** 479797

**Date of Incorporation in Michigan:** 04/21/1993

**Purpose:** All Purpose Clause

**Term:** Perpetual

**Most Recent Annual Report:** 2018          **Most Recent Annual Report with Officers & Directors:** 2018

**The name and address of the Resident Agent:**

Resident Agent Name:     MARILYN LULGJURAJ

Street Address:          10049 APPLEGATE

Apt/Suite/Other:

City:                    BRIGHTON          State: MI          Zip Code: 48114

**Registered Office Mailing address:**

P.O. Box or Street Address:     10049 APPLEGATE

Apt/Suite/Other:                GOMARTINPAINTING@GMAIL.COM

City:                           BRIGHTON          State: MI          Zip Code: 48114

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | MARILYN LULGJURAJ | 10049 APPLEGATE BRIGHTON, MI 48114 USA |
| TREASURER | MARILYN LULGJURAJ | 10049 APPLEGATE BRIGHTON, MI 48114 USA |
| SECRETARY | MARILYN LULGJURAJ | 10049 APPLEGATE BRIGHTON, MI 48114 USA |
| DIRECTOR | MARILYN LULGJURAJ | 10049 APPLEGATE BRIGHTON, MI 48114 USA |

**Act Formed Under:** 284-1972 Business Corporation Act

**Total Authorized Shares: 6,000**

**Written Consent**

**View filings for this business entity:**

Vers 5.2(08/15)

DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

PROFIT CORPORATION ANNUAL REPORT

## 2017

| Identification Number | Corporation Name |
|---|---|
| 479797 | MARTIN PAINTING & MAINTENANCE CO., INC. |

Resident agent name and mailing address of the registered office

**MARILYN LULGJURAJ**
**10049 APPLEGATE**
**GOMARTINPAINTING@GMAIL.COM**

**BRIGHTON MI 48114**

The address of the registered office
**10049 APPLEGATE**

**BRIGHTON MI 48114**

Describe the purpose and activities of the corporation during the year covered by this report
**PAINTING**

### Officer/Director Information

| NAME | TITLE | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|
| MARILYN LULGJURAJ | PRESIDENT | 10049 APPLEGATE BRIGHTON MI 48114 |
| MARILYN LULGJURAJ | SECRETARY | 10049 APPLEGATE BRIGHTON MI 48114 |
| MARILYN LULGJURAJ | TREASURER | 10049 APPLEGATE BRIGHTON MI 48114 |
| MARILYN LULGJURAJ | DIRECTOR | 10049 APPLEGATE BRIGHTON MI 48114 |

### Electronic Signature

| Filed By | Title | Phone |
|---|---|---|
| MARILYN LULGJURAJ | AUTHORIZED OFFICER OR AGENT | 2488660533 |

[X] I certify that this filing is submitted without fraudulent intent and that I am authorized by the business entity to make any changes reported herein.

### Payment Information

| Payment Amount | Payment Date/Time | Reference Nbr |
|---|---|---|
| $ 75 | 09/14/2017 08:57:22 | 71315 6801 479797 2017 |