# Exhibit B

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|
| PLAINTIFF<br>ELMER RODAS, ET AL. | COURT CASE NUMBER<br>1:18-CV-407 |
| DEFENDANT<br>MARTIN PAINTING AND MAINTENANCE Co., Inc., et al., | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  MARTIN PAINTING AND MAINTENANCE Co., Inc., C/O MARILYN LULGJURAJ
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
  10049 APPLEGATE Brighton, MI. 48114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert Anthony Alvarex (P66954)
Avanti Law Group, PLLC
600 28th St. SW
Wyoming, MI. 49509

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED - GR
April 26, 2018 1:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: anm  SCANNED BY: /mw/ 4/27/18

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 040 | District to Serve<br>No. 039 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/20/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date 4/25/18  Time ___  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>11.65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
Fed Ex# 7770-5262-8119

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

 

772052628119 

# Delivered
## Wednesday 4/25/2018 at 3:49 pm

**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
Grand Rapids, MI US
**TO**
BRIGHTON, MI US

4/25/2018 - Wednesday

3:49 pm

Delivered

Left at front door. Package delivered to recipient address - release authorized

BRIGHTON, MI

4/25/2018 - Wednesday

8:45 am

On FedEx vehicle for delivery

NOVI, MI

4/25/2018 - Wednesday

7:36 am

At local FedEx facility

NOVI, MI

4/24/2018 - Tuesday

**Ex**

Package not due for delivery

NOVI, MI

4/24/2018 - Tuesday

9:33 am

**At local FedEx facility**

NOVI, MI

4/23/2018 - Monday

9:44 am

**At local FedEx facility**

NOVI, MI

4/23/2018 - Monday

8:34 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

4/23/2018 - Monday

8:34 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

4/23/2018 - Monday

7:05 am

**At local FedEx facility**

NOVI, MI

4/21/2018 - Saturday

3:14 pm

**At local FedEx facility**

NOVI, MI

Ex.

At local FedEx facility

NOVI, MI

4/21/2018 - Saturday

8:46 am

At local FedEx facility

Package not due for delivery

NOVI, MI

4/21/2018 - Saturday

4:05 am

At destination sort facility

ROMULUS, MI

4/20/2018 - Friday

9:57 pm

Left FedEx origin facility

KENTWOOD, MI

4/20/2018 - Friday

7:16 pm

Picked up

KENTWOOD, MI

4/20/2018 - Friday

1:13 pm

Shipment information sent to FedEx

Collapse History

OUR COMPANY

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Ask FedEx

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>ELMER RODAS, ET AT. | COURT CASE NUMBER<br>1:18-CV-407 |
|---|---|
| DEFENDANT<br>MARTIN PAINTING AND MAINTENANCE Co., Inc., et al., | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Doe 1, a.k.a. MARTIN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10049 APPLEGATE Brighton, MI. 48114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert Anthony Alvarex (P66954)
Avanti Law Group, PLLC
600 28th St. SW
Wyoming, MI. 49509

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):

FILED - GR
April 26, 2018 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: anm SCANNED BY: /s/

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 040 | District to Serve<br>No. 039 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/20/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 7/25/18   Time ___ ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges<br>11.65 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
Fed Ex# 7720-5261-2234

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



772052612234



# Delivered
## Wednesday 4/25/2018 at 3:49 pm



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
Grand Rapids, MI US
**TO**
BRIGHTON, MI US

4/25/2018 - Wednesday

3:49 pm

Delivered

Left at front door. Package delivered to recipient address - release authorized

BRIGHTON, MI

4/25/2018 - Wednesday

8:45 am

On FedEx vehicle for delivery

NOVI, MI

Ask FedEx

4/25/2018 - Wednesday

7:36 am

At local FedEx facility

NOVI, MI

4/24/2018 - Tuesday

Package not due for delivery

NOVI, MI

---

4/24/2018 - Tuesday

9:33 am

**At local FedEx facility**

NOVI, MI

---

4/23/2018 - Monday

9:44 am

**At local FedEx facility**

NOVI, MI

---

4/23/2018 - Monday

8:33 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

---

4/23/2018 - Monday

8:33 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

---

4/23/2018 - Monday

7:05 am

**At local FedEx facility**

NOVI, MI

---

4/21/2018 - Saturday

3:14 pm

**At local FedEx facility**

NOVI, MI

Ex.

At local FedEx facility

NOVI, MI

---

4/21/2018 - Saturday

8:46 am

At local FedEx facility

Package not due for delivery

NOVI, MI

---

4/21/2018 - Saturday

4:05 am

At destination sort facility

ROMULUS, MI

---

4/20/2018 - Friday

9:57 pm

Left FedEx origin facility

KENTWOOD, MI

---

4/20/2018 - Friday

7:16 pm

Picked up

KENTWOOD, MI

---

4/20/2018 - Friday

1:12 pm

Shipment information sent to FedEx

Collapse History ∧

Ask FedEx

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>ELMER RODAS, ET AL. | COURT CASE NUMBER<br>1:18-CV-407 |
|---|---|
| DEFENDANT<br>MARTIN PAINTING AND MAINTENANCE Co., Inc., et al., | TYPE OF PROCESS<br>Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Doe 2, a.k.a. TONY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
10049 APPLEGATE Brighton, MI. 48114

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Robert Anthony Alvarex (P66954)
Avanti Law Group, PLLC
600 28th St. SW
Wyoming, MI. 49509

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 3 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

**FILED - GR**
April 26, 2018 1:23 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _anm_ SCANNED BY: /s/ 4/27/18

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 040 | District to Serve<br>No. 039 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/20/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 4/25/18    Time: —    ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>11.65 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
Fed Ex# 7720-5259-4312

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



772052594312



# Delivered
## Wednesday 4/25/2018 at 3:49 pm



**DELIVERED**

Signature not required

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

**FROM**
Grand Rapids, MI US
**TO**
BRIGHTON, MI US

4/25/2018 - Wednesday

3:49 pm

**Delivered**

Left at front door. Package delivered to recipient address - release authorized

BRIGHTON, MI

4/25/2018 - Wednesday

8:44 am

**On FedEx vehicle for delivery**

NOVI, MI

4/25/2018 - Wednesday

7:36 am

**At local FedEx facility**

NOVI, MI

4/24/2018 - Tuesday

Package not due for delivery

NOVI, MI

---

4/24/2018 - Tuesday

9:33 am

**At local FedEx facility**

NOVI, MI

---

4/23/2018 - Monday

9:44 am

**At local FedEx facility**

NOVI, MI

---

4/23/2018 - Monday

8:33 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

---

4/23/2018 - Monday

8:33 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

---

4/23/2018 - Monday

7:05 am

**At local FedEx facility**

NOVI, MI

---

4/21/2018 - Saturday

3:14 pm

**At local FedEx facility**

NOVI, MI

**FedEx**

At local FedEx facility

NOVI, MI

4/21/2018 - Saturday

8:46 am

**At local FedEx facility**

Package not due for delivery

NOVI, MI

4/21/2018 - Saturday

4:05 am

**At destination sort facility**

ROMULUS, MI

4/20/2018 - Friday

9:57 pm

**Left FedEx origin facility**

KENTWOOD, MI

4/20/2018 - Friday

7:16 pm

**Picked up**

KENTWOOD, MI

4/20/2018 - Friday

1:12 pm

**Shipment information sent to FedEx**

Collapse History ⌃

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Ask FedEx