# Exhibit C

**Envelope 1 (Certified Mail)**

AVANTI LAW GROUP, PLLC
ATTORNEYS, COUNSELORS, LITIGATORS
600 28TH ST SW • WYOMING, MI 49509

CERTIFIED MAIL
7016 2140 0000 9100 9938

U.S. POSTAGE $007.090
PITNEY BOWES
02 1P
0001862966 MAY 30 2018
MAILED FROM ZIP CODE 49509

John Doe 1 a.k.a. Martin
10049 Applegate
Brighton, MI 48114

NIXIE 482 DE 1 0005/22/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 49509294090 *0925-10131-30-39
REF: 48443589294012

Handwritten: "Refused" — "Same V-bad 1ST No Mail Bad Address Return"

---

**Envelope 2 (Certified Mail)**

AVANTI LAW GROUP, PLLC
ATTORNEYS, COUNSELORS, LITIGATORS
600 28TH ST SW • WYOMING, MI 49509

CERTIFIED MAIL
7016 2140 0000 9100 9914

U.S. POSTAGE $007.090
PITNEY BOWES
02 1P
0001862966 MAY 30 2018
MAILED FROM ZIP CODE 49509

Martin Painting & Maintenance Co., Inc.
℅ Marilyn Lulgjuraj
10049 Applegate
Brighton, MI 48114

NIXIE 482 DE 1 0006/05/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 49509294090 *0925-10135-30-39
REF: 48443589294012

Handwritten: "Refused" — "Same V-bad 1ST No House 2ND Office 61"

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Martin Painting & Maintenance Co., Inc.
   ℅ Marilyn Lulgjuraj
   10049 Applegate
   Brighton, MI 48114

9590 9402 3585 7305 1688 05

2. Article Number (Transfer from service label)

   7016 2140 0000 9100 9914

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Handwritten on back:
Elmer Rodas
10049 Applegate
Return Certified Mail
PAA-AH-MS

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Doe 1 a.k.a. Martin
   10049 Applegate
   Brighton, MI 48114

9590 9402 3585 7305 1688 12

2. Article Number (Transfer from service label)

   7016 2140 0000 9100 9938

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Handwritten on back:
Elmer Rodas
10049 Applegate
Return Certified Mail
PAA-AH-MS

USPS Certified Mail envelope:

- Postage: Pitney Bowes $007.090, MAY 30 2018, MAILED FROM ZIP CODE 49509
- Certified Mail barcode: 7012 2210 0000 4992 3714
- Addressed to:
  John Doe 2 a.k.a. Tony
  10049 Applegate
  Brighton, MI 48114
- Stamped: "RETURN TO SENDER / REFUSED / UNABLE TO FORWARD"
- Handwritten: "Refused" and "RET NOT [illegible] / 2ND NOT [illegible]"
- Return address: AVANTI LAW GROUP, PLLC, ATTORNEYS, COUNSELORS, LITIGATORS, 600 28TH ST SW • WYOMING, MI 49509

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Doe 2 a.k.a. Tony
   10049 Applegate
   Brighton, MI 48114

   9590 9402 3585 7305 1687 82

2. Article Number (Transfer from service label)

   7012 2210 0000 4992 3714

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Elmer Roods
clo 16535 Auburn
Certified Mail
RRA-Att-MS-M

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70162140000091009938

Remove ✕

Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

## ✓ Delivered

June 13, 2018 at 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509

Get Updates ∨

---

**Text & Email Updates** ∨

**Tracking History** ∧

June 13, 2018, 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509
Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

June 12, 2018, 11:30 pm
Departed USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 12, 2018, 11:26 am
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 11, 2018
In Transit to Next Facility

June 10, 2018
In Transit to Next Facility

June 9, 2018
In Transit to Next Facility

June 8, 2018, 9:52 am
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

June 2, 2018, 8:49 am
Refused
BRIGHTON, MI 48114

June 1, 2018, 4:22 pm
Refused
BRIGHTON, MI 48114

June 1, 2018
In Transit to Next Facility

June 1, 2018, 9:38 am
Arrived at Unit
BRIGHTON, MI 48116

May 31, 2018, 11:46 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

May 30, 2018, 7:56 pm
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

Product Information

See Less ∧

Tracking Number: 70162140000091009914    Remove ✕

Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

 **Delivered**

June 13, 2018 at 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509

Get Updates ∨

Text & Email Updates                              ∨

Tracking History                                  ∧

June 13, 2018, 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509
Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

June 12, 2018, 11:30 pm
Departed USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 12, 2018, 11:26 am
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 11, 2018
In Transit to Next Facility

June 10, 2018
In Transit to Next Facility

June 9, 2018
In Transit to Next Facility

June 8, 2018, 9:52 am
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

June 2, 2018, 8:49 am
Refused
BRIGHTON, MI 48114

June 1, 2018, 4:22 pm
Refused
BRIGHTON, MI 48114

June 1, 2018
In Transit to Next Facility

June 1, 2018, 9:38 am
Arrived at Unit
BRIGHTON, MI 48116

May 31, 2018, 11:46 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

May 30, 2018, 7:56 pm
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

Product Information 

---

See Less ∧

Tracking Number: 70122210000049923714                    Remove ✕

Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

 **Delivered**

June 13, 2018 at 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509

Get Updates ∨

---

Text & Email Updates                                          

---

Tracking History                                              

June 13, 2018, 10:37 am
Delivered, Left with Individual
WYOMING, MI 49509
Your item was delivered to an individual at the address at 10:37 am on June 13, 2018 in WYOMING, MI 49509.

June 12, 2018, 11:30 pm
Departed USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 12, 2018, 12:08 pm
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

June 11, 2018
In Transit to Next Facility

June 10, 2018
In Transit to Next Facility

June 9, 2018, 9:39 am
Departed USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

June 2, 2018, 8:49 am
Refused
BRIGHTON, MI 48114

June 1, 2018, 4:22 pm
Refused
BRIGHTON, MI 48114

June 1, 2018
In Transit to Next Facility

June 1, 2018, 9:38 am
Arrived at Unit
BRIGHTON, MI 48116

May 31, 2018, 11:46 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

May 30, 2018, 7:56 pm
Arrived at USPS Regional Facility
GRAND RAPIDS MI DISTRIBUTION CENTER ANNEX

**Product Information**