# Exhibit D

**Receipt 1:**

Registered No. RE418131170US
Date Stamp: 0500 12

| Postage $ | $2.47 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees $11.75 | | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ | $2.75 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees $17.11 |
| ☐ Restricted Delivery $ | | |
| Customer Must Declare Full Value $0.00 | | Received by 06/19/2018 |

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Avanti Law Group, PLLC — Martin Painting
600 28th St SW
Wyoming, MI
49509

TO: Corporations, Securities & Comm.
Corporations Division
PO Box 30054
Lansing, MI 48909

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**Receipt 2:**

Registered No. RE418171704US
Date Stamp: 0500 12 JUN 19 2018

| Postage $ | $1.63 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ | $2.75 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees $14.98 |
| ☐ Restricted Delivery $14.98 | | |
| Customer Must Declare Full Value $0.00 | | Received by 06/19/2018 |

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

FROM: Avanti Law Group, PLLC
600 28th St SW
Wyoming, MI
49509

TO: Martin Painting & Maintenance
c/o Marilyn Lugtura
10049 Applegate
Brighton, MI 48114

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

1

```
First-Class        1         $1.59
Mail
Large Envelope
    (Domestic)
    (BRIGHTON, MI  48114)
    (Weight:0 Lb 3.70 Oz)
    (Estimated Delivery Date)
    (Thursday 06/21/2018)
Reg Mail           1        $16.95
RstrDel
    (Amount:$0.00)
    (@@USPS Registered Mail #)
    (RE418131206US)
    (Recipient name:MARILYN
    LULGJURAJ)
Return             1         $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940229077094884031)
```

TO MVP

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

## Track Another Package +

**Tracking Number:** RE418131206US    Remove ✕

We attempted to deliver your item at 12:07 pm on June 27, 2018 in BRIGHTON, MI 48114 and a notice was left because an authorized recipient was not available.

## Delivery Attempt

June 27, 2018 at 12:07 pm
Notice Left (No Authorized Recipient Available)
BRIGHTON, MI 48114

Get Updates ∨

---

**Text & Email Updates**    ∨

---

**Tracking History**    ∧

**June 27, 2018, 12:07 pm**
Notice Left (No Authorized Recipient Available)
BRIGHTON, MI 48114
We attempted to deliver your item at 12:07 pm on June 27, 2018 in BRIGHTON, MI 48114 and a notice was left because an authorized recipient was not available.

**June 26, 2018**
Redelivery Scheduled
BRIGHTON, MI 48114

Reminder to Schedule Redelivery of your item

June 21, 2018, 2:37 pm
Notice Left (No Authorized Recipient Available)
BRIGHTON, MI 48114

June 21, 2018, 8:29 am
Out for Delivery
BRIGHTON, MI 48114

June 21, 2018, 8:19 am
Sorting Complete
BRIGHTON, MI 48114

June 21, 2018, 8:09 am
Arrived at Unit
BRIGHTON, MI 48116

June 20, 2018, 10:14 pm
Departed USPS Facility
DETROIT, MI 48233

June 20, 2018, 9:58 am
Arrived at USPS Regional Facility
DETROIT MI DISTRIBUTION CENTER

June 19, 2018, 10:37 pm
Departed USPS Facility
GRAND RAPIDS, MI 49501

June 19, 2018, 10:32 pm
Arrived at USPS Facility
GRAND RAPIDS, MI 49501

June 19, 2018, 7:44 pm
Departed Post Office
WYOMING, MI 49509

June 19, 2018, 6:42 pm
USPS in possession of item
WYOMING, MI 49509