# Exhibit E

Registered No. RE4181311170US

Date Stamp
0500
12

Postage $    $2.47

Extra Services & Fees (received)

Extra Services & Fees

☐ Registered Mail $_____
☐ Return Receipt (hardcopy) $    $2.75
☐ Return Receipt (electronic) $    $0.00
☐ Restricted Delivery $    $0.00

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery $_____

Total Postage & Fees
$    $17.12

Customer Must Declare Full Value $0.00
$

Received by
06/19/2018

To Be Completed By Post Office

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM   Hyman Law Group, PLLC   Martin Painting
1000 28th St SW
Wyoming, MI
49509

TO   Corporations, Securities & Comm.
Corporation Division
PO Box 30054
Lansing, MI 49909

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

Registered No. RE4181317004US

Date Stamp
0500
12
JUN 19 2018
GRAND RAPIDS MI

Postage $    $1.62

Extra Services & Fees (received)

Extra Services & Fees

☐ Registered Mail $_____
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $    $2.75    $0.00
☐ Restricted Delivery $    $16.95

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Total Postage & Fees
$

Customer Must Declare Full Value
$    $0.00

Received by
06/19/2018

To Be Completed By Post Office

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

FROM   Hyman Law Group, PLLC
1000 28th St SW
Wyoming, MI
49509

TO   Martin Painting & Maintenance
C/o Marilyn Lugbura
10049 Hoolcate
Brighton, MI 48114

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



```
=================================
          ROGERS PLAZA
        1026 28TH ST SW
            WYOMING
               MI
          49509-9997
          2539290500
06/19/2018   (800)275-8777   6:55 PM
=================================
```

| Product Description | Sale Qty | Final Price |
|---|---|---|
| Ut) Mlr 10.5" x16" | 4 | $4.76 |

(Unit Price:$1.19)
1

First-Class 1 $2.05
Mail
Large Envelope
    (Domestic)
    (LANSING, MI 48909)
    (Weight:0 Lb 6.00 Oz)
    (Estimated Delivery Date)
    (Thursday 06/21/2018)
Registered     1     $11.90
    (Amount:$0.00)
    (@@USPS Registered Mail #)
    (RE418131183US)
Return     1     $2.75
Receipt
    (@@USPS Return Receipt #)
    (9590940229077094827519)
1     $1.53

**MP to LARA**

First-Class
Mail
Large Envelope
    (Domestic)
    (BRIGHTON, MI 48114)
    (Weight:0 Lb 3.70 Oz)
    (Estimated Delivery Date)
    (Thursday 06/21/2018)
Reg Mail     1     $16.95
    RstrDel
    (Amount:$0.00)
    (@@USPS Registered Mail #)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporations, Security & Comm
Corporations Division
PO Box 30054
Lansing, MI 48909

9590 9402 2907 7094 8275 19

2. Article Number *(Transfer from service label)*
RE 418 131 183 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
Bob Bailey        JUN 21 2018

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type  Priority Mail Express® for State of Michigan
☐ Adult Signature        ☐ Registered Mail™
☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted Delivery
☐ Certified Mail®        ☐ Return Receipt for Merchandise
☐ Certified Mail Restricted Delivery  ☐ Signature Confirmation™
☐ Collect on Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# USPS Tracking®

FAQs  ›  (http://faq.usps.com/?articleId=220900)

## Track Another Package  +

**Tracking Number:** RE418131183US

Remove ✕

**On Time**

**Expected Delivery on**

# THURSDAY
# 21 JUNE 2018 ⓘ
by **8:00pm** ⓘ

## ⊘ **Delivered**

June 21, 2018 at 6:36 am
Delivered
LANSING, MI 48924

Get Updates ⌄

---

**Text & Email Updates**                                                                ⌄

---

**Tracking History**                                                                     ⌃

**June 21, 2018, 6:36 am**
Delivered
LANSING, MI 48924
Your item was delivered at 6:36 am on June 21, 2018 in LANSING, MI 48924.

**June 21, 2018, 4:18 am**
Arrived at Unit
LANSING, MI 48924

June 21, 2018, 12:46 am
Arrived at USPS Facility
LANSING, MI 48924

June 20, 2018, 3:41 pm
Departed USPS Facility
GRAND RAPIDS, MI 49501

June 20, 2018, 2:55 am
Arrived at USPS Facility
GRAND RAPIDS, MI 49501

June 19, 2018, 7:44 pm
Departed Post Office
WYOMING, MI 49509

June 19, 2018, 6:42 pm
USPS in possession of item
WYOMING, MI 49509

**Product Information**                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**